# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

January 26, 2022

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

Re: **Contreras v. San Jose Sharks, LLC, 21-cv-09444-JGK**
   **Request for Extension of Time to Respond to the Complaint**

Dear Judge Koeltl:

We represent Defendant San Jose Sharks, LLC ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Practices, we write, with the consent of counsel for Plaintiff Yensy Contreras, respectfully to request that the Court extend Defendant's time to respond to the Complaint from January 28, 2022 to February 28, 2022. In support of this request, Counsel for Defendant states that it recently was engaged in this matter and requests this time to become familiar with the facts and allegations asserted in the Complaint. This is Defendant's first request for an extension of time to respond to the Complaint. As noted above, Plaintiff's counsel consents to this request. If granted, this request will not affect any other dates scheduled in this action.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED
*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.

1/26/22

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060          ☎ +1.212.309.6000
United States                      ✆ +1.212.309.6001